■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE FERGUS, Appellant. [604 NYS2d 786] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered November 9, 1992.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL GREGOV, Appellant. [604 NYS2d 797] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Harbater, J.), rendered June 16, 1992, convicting him of attempted burglary in the second degree and reckless endangerment in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.